IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LUMBER LIQUIDATORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:08cv573-HEH |
| STONE MOUNTAIN CARPET MILLS, INC., d/b/a THE FLOOR TRADER, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Plaintiff Lumber Liquidators, Inc. ("Lumber Liquidators") Consent Motion to Dismiss its claim for trademark dilution, Count IV of the Complaint, with prejudice. The Court, finding good cause to do so, hereby GRANTS Lumber Liquidators' motion and DISMISSES Count IV of Lumber Liquidators' Complaint WITH PREJUDICE.

The Clerk is REQUESTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: May 4, 2009

/s/
United States District Judge