IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LUMBER LIQUIDATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STONE MOUNTAIN CARPET ) <br> MILLS, INC., d/b/a THE FLOOR ) <br> TRADER, ) <br> ) <br> Defendant. ) | Civil Action No. 3:08-CV-573-HEH |

**ORDER**
(Granting Plaintiff's Motion for Summary Judgment and
Denying Defendant's Motion for Summary Judgment)

This action is before the Court on separate motions for summary judgment filed by Plaintiff/Counterclaim-Defendant Lumber Liquidators, Inc. ("Lumber Liquidators") and Defendant/Counterclaim-Plaintiff Stone Mountain Carpet Mills, Inc. ("Floor Trader").[1] For the reasons set forth in the accompanying Memorandum Opinion, Lumber Liquidators' Motion for Summary Judgment (Dkt. 46) is hereby GRANTED and Floor Trader's Motion for Summary Judgment (Dkt. 51) is hereby DENIED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

                                                                 /s/
                                               Henry E. Hudson
                                               United States District Judge

ENTERED this 10th day of July, 2009.
Richmond, VA.

---

[1] "Floor Trader" is a business name commonly used by Stone Mountain Carpet Mills, Inc. and its franchisees.