IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LUMBER LIQUIDATORS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:08CV573–HEH |
| STONE MOUNTAIN CARPET MILLS, INC., d/b/a THE FLOOR TRADER, | ) |
| Defendant. | ) |

## ORDER
(Denying Plaintiff's Motion for Reconsideration)

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Dkt. 146) of this Court's July 31, 2009 Order granting Defendant's Motion for Judgment as a Matter of Law. For the reasons more particularly set forth in the accompanying Memorandum Opinion, Plaintiff's motion is DENIED.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

/s/
Henry E. Hudson
United States District Judge

Date: Sep 2, 2009
Richmond, VA